# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JOHN CHARLES WILLIS, and     :
EVELYN HOLLY WILLIS,     :
    :
        Plaintiffs,     :      K18C-05-031 JJC
    :      In and for Kent County
        v.     :
    :
BAYHEALTH SURGICAL,     :
ASSOCIATES, JOHN F. GLENN, III     :
M.D., and BAYHEALTH MEDICAL     :
CENTER, INC., D/B/A/ KENT     :
GENERAL HOSPITAL,     :
    :
        Defendants.     :

## ORDER

On this 14th day of August, 2018, after considering that Plaintiffs John Charles Willis and Evelyn Hall Willis did not file a supplemental affidavit of merit;

IT IS HEREBY ORDERED that for the reasons set forth in the Court's Order dated July 9, 2018, Plaintiffs' claims against Defendants Bayhealth Medical Center Inc., and Bayhealth Surgical Associates involving allegations of improper hiring, supervision, training, and facility management are dismissed with prejudice.

IT IS FURTHER ORDERED that claims against Defendant Bayhealth Surgical Associates, with the sole exception of those involving *respondeat superior*, are also dismissed with prejudice. All other claims remain viable after the affidavit of merit review as set forth in the Court's July 9, 2018 Order.

**IT IS SO ORDERED**

                           /s/ Jeffrey J Clark
                               Judge